James G. Bussing, Respondent, v. The N. B. Fails Lubricating Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred.

In the Matter of the Application of Grosvenor W. Stickney, Appellant, for a Writ of Mandamus against Frank M. Williams, as State Engineer and Surveyor of the State of New York, Respondent.— Order affirmed. All concurred.

Clarence Ennis, Respondent, v. Oliver M. Setchell, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. The reversal is upon the ground that the verdict is excessive and against the weight of the evidence upon the question of damages. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

Newell S. Coe, as Administrator, etc., Appellant, v. Northern Central Railway Company, Respondent.—Judgment and order affirmed, with costs. All concurred.

Dominick F. Ward, Appellant, v. Erie Railroad Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Franklin D'Olier and Others, Copartners, etc., Appellants, v. Hayes Knitting Company, Respondent.—Judgment affirmed, with costs. All concurred.

Frances E. Callister, Respondent, v. Sarah A. Meech, Appellant, Impleaded with John D. Ripson and Others.— Judgment affirmed, with costs. All concurred.

Mary C. Downie, as Administratrix, etc., Respondent, v. Queen City Dairy Company and Others, Appellants.— Motions by defendants for leave to appeal to Court of Appeals denied, with ten dollars costs.

National Brake Company, Inc., and Others, Respondents,. v. Griffin S. Ackley, Appellant.— Appeal dismissed, with costs, upon appellant's failure to appear upon case being reached in its regular order.

The People of the State of New York ex rel. Thomas L. Delaney, Relator, v. Michael J. Mescall, Appellant, Impleaded, etc.— Appeal dismissed, with costs (except argument fee) to relator against appellant, upon stipulation filed.

Joseph Bielski, Respondent, v. Halcomb Steel Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.